JANE DOE (B.C.),
    Plaintiff,

      v.

MAYURI INN, INC.; G6 HOSPITALITY
PROPERTY LLC; S.I. SARASOTA LLC;
and SAKARDEV LLC,
    Defendants.

CASE NO. 8:26-cv-00586-JSM-CPT

## JOINT MOTION TO VACATE ORDER GRANTING LEAVE TO PROCEED PSEUDONYMOUSLY

Plaintiff, JANE DOE (B.C.), and Defendants, MAYURI INN, INC., G6 HOSPITALITY PROPERTY LLC, and SAKARDEV LLC (collectively "Defendants") by and through undersigned counsel, respectfully move this Court pursuant to its inherent authority and Federal Rule of Civil Procedure 54(b) to vacate its prior order granting leave to proceed pseudonymously. In support thereof, the parties state as follows:

1. On March 23, 2026 (Doc. 13), Plaintiff filed her Motion for Leave to Proceed Pseudonymously.

2. On March 31, 2026 (Doc. 23), the Court entered an Endorsed Order granting that motion and permitting Plaintiff to proceed under the pseudonym Jane Doe (B.C.). The Court stated that it "may revisit this Order, however, upon a motion filed by any Defendant who has not yet appeared in this action or if the Court

otherwise determines such action is necessary, including for purposes of trial. If a Defendant objects, it shall file a motion challenging Plaintiff's desire to proceed pseudonymously within thirty days of their first appearance."

3. Since the filing of the Motion, new facts have become known to Defendants that materially change their position as to Plaintiff's Motion for Leave to Proceed Pseudonymously. Namely, after being provided Plaintiff's identity, Defendants discovered that Plaintiff has spoken publicly to the press, under her true name, about her alleged trafficking. These accounts have been published in several newspaper articles and a 47-minute-long video podcast. As such, the parties agree to vacate the current order and submit opposing briefs.

4. The parties have conferred and, by agreement, request that the Court vacate the prior order so that Plaintiff may file an Amended Motion for Leave to Proceed Pseudonymously that will be opposed by Defendants and allow the Court to address this matter on the merits as to the issues related to pseudonymity.

WHEREFORE, the parties jointly request that this Court vacate its prior order granting leave to proceed pseudonymously (Doc. 23) and allow Plaintiff to file an Amended Motion for Leave to Proceed Pseudonymously within seven (7) days.

Respectfully submitted,

| | |
|---|---|
| */s/Maria Elena Bryant* | */s/ Ana María Cristina Pérez Soto* |
| Maria E. Bryant (FBN: 0055332) | Ana María Cristina Pérez Soto |
| Lisa D. Haba (FBN: 0077535) | Florida Bar No. 096692 |
| THE HABA LAW FIRM, P.A. | Nya Hedman |
| 3112 W. Lake Mary Blvd. | Florida Bar No. 1069602 |
| Lake Mary, FL 32746 | JONES DAY |
| Phone: (844) 422-2529 | 600 Brickell Avenue, Suite 3300 |
| Mariabryant@habalaw.com | Miami, Florida 33131-3072 |
| Lisahaba@habalaw.com | Tel: (305) 714-9700 |
| | cperezsoto@jonesday.com |

*Attorneys for Plaintiff, Jane Doe (B.C.)*

*Attorneys for Defendant G6 Hospitality Property LLC*

Dated: May 12th, 2026

Dated: May 12th, 2026

*/s/ Andres F. Rey*
Armando P. Rubio, Esq.
Fla. Bar No. 478539
Pedro J. Collazo, Esq.
Fla. Bar No. 122370
Andres F. Rey, Esq.
Fla. Bar No.: 118875
FIELDS HOWELL LLP
9155 S. Dadeland Blvd., Suite 1012
Miami, FL 33156
Phone: 786.870.5600
Fax: 855.802.5821
arubio@fieldshowell.com
pcollazo@fieldshowell.com
arey@fieldshowell.com

*Attorneys for Defendants Mayuri Inn, Inc. and Sakardev LLC*

Dated: May 12th, 2026